*George H. Ross,* for appellants.

*Robert Palkovitz,* with him *David S. Palkovitz, Jack Palkovitz,* and *Palkovitz & Palkovitz,* for appellees.

OPINION PER CURIAM, July 2, 1970:
Decree affirmed. Each party to pay own costs.
Mr. Justice JONES dissents.

## Commonwealth *v.* Barron, Appellant.

Submitted April 20, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John J. Barbera,* for appellant.

*Alexander Ogle,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, July 2, 1970:
The issues raised by this appeal are now moot.
Appeal dismissed.